**Fill in this information to identify your case:**

Debtor 1 _____ _____ _____
              First Name              Middle Name              Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name    Middle Name              Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                    (State)

Case number  23-00088
(If known)

FILED
JUN 1 5 2023
Clerk
U.S. Bankruptcy Court

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules  12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____      X _____
Signature of Debtor 1                   Signature of Debtor 2

Date 06/15/2023                         Date 06/14/2023
     MM / DD / YYYY                          MM / DD / YYYY