United States Bankruptcy Court
District of Alaska

In re:  
Bruce L Larsen  
Arlene Michelle Larsen  
    Debtors

Case No. 23-00088-GS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 097--3      User: admin      Page 1 of 2  
Date Rcvd: Aug 15, 2023      Form ID: 318      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bruce L Larsen, Arlene Michelle Larsen, 1402 S Chugach St, Palmer, AK 99645-6726 |
| 874961 | ++ | NORTHERN SKIES FCU, 1001 E BENSON BLVD, ANCHORAGE AK 99508-4256 address filed with court:, NORTHERN SKIES FCU, 400 W BENSON BLVD, Anchorage , AK 99503 |
| 874980 | + | OPORTUN/WEBBANK, 215 S STATE ST STE 100, SALT LAKE CITY, UT 84111-2330 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@muni.org | Aug 15 2023 23:12:00 | Municipality of Anchorage, Department of Law, P O Box 196650, Anchorage, AK 99519-6650 |
| 874970 | + | Email/Text: bk@avant.com | Aug 15 2023 23:12:00 | AVANT / WEBBANK, 222 MERCHANDISE MART PLZ, SUITE 900, CHICAGO, IL 60654-1105 |
| 874972 | | EDI: BANKAMER.COM | Aug 16 2023 03:14:00 | BANK OF AMERICA, 4060 OGLETOWN/STANTON RD DE5-019-03-07, NEWARK, DE 19713 |
| 874974 | + | EDI: CITICORP.COM | Aug 16 2023 03:14:00 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE MAIL CODE 234, SIOUX FALLS, SD 57108-5027 |
| 874966 | + | EDI: CAPITALONE.COM | Aug 16 2023 03:14:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 874976 | + | EDI: PHINGENESIS | Aug 16 2023 03:14:00 | CB INDIGO/GF, PO BOX 4499, Beaverton, OR 97076-4499 |
| 874977 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2023 23:24:31 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 874965 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 15 2023 23:12:00 | FB&T/MERCURY, 700 22ND AVENUE SOUTH, BROOKINGS, SD 57006-2822 |
| 874967 | + | EDI: AMINFOFP.COM | Aug 16 2023 03:14:00 | FIRST PREMIER, 3820 N LOUISE AVE TAPE ONLy, SIOUX FALLS, SD 57107-0145 |
| 874971 | + | EDI: PHINGENESIS | Aug 16 2023 03:14:00 | INDIGO - CELTIC BANK, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 874968 | | EDI: JPMORGANCHASE | Aug 16 2023 03:14:00 | JPMCB - CARD SERVICES, 301 N WALNUT ST, FLOOR 09, WILMINGTON, DE 19801 |
| 874978 | + | EDI: LENDNGCLUB | Aug 16 2023 03:14:00 | LENDING CLUB CORP, 595 MARKET ST STE 200, SAN FRANCISCO, CA 94105-2802 |
| 874964 | + | EDI: LENDNGCLUB | Aug 16 2023 03:14:00 | LENDINGCLUB BANK NA, 595 MARKET |

| Recip ID | Bypass | Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | STREET STE 200, SAN FRANCISCO, CA 94105-2802 |
| 874975 | ^ | MEBN | Aug 15 2023 23:08:09 | NetCredit, P.O. Box 206766, Dallas, TX 75320-6766 |
| 874979 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 15 2023 23:23:50 | OLLO/CWS, PO BOX 9222, OLD BETHPAGE, NY 11804-9222 |
| 874963 | | Email/Text: bkrgeneric@penfed.org | Aug 15 2023 23:12:00 | PENTAGON FEDERAL CREDIT UNION, P O BOX 1432 CREDIT COMMITTEE, ALEXANDRIA, VA 22313 |
| 874981 | + | EDI: RMSC.COM | Aug 16 2023 03:14:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 874973 | + | EDI: RMSC.COM | Aug 16 2023 03:14:00 | SYNCB/LOWES, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 874982 | + | EDI: RMSC.COM | Aug 16 2023 03:14:00 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 874983 | + | EDI: PHINGENESIS | Aug 16 2023 03:14:00 | TBOM/MILESTONE, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 874962 | + | EDI: LCIUPSTART | Aug 16 2023 03:14:00 | UPSTART / FINWISE BANK, 2950 SOUTH DELAWARE ST., SAN MATEO, CA 94403-2577 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 874969 | *+ | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023        Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nacole M. Jipping_7 | JippingECF@gmail.com  AK03@ecfcbis.com |
| Office of the U.S. Trustee | USTPRegion18.ak.ecf@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bruce L Larsen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2175<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Arlene Michelle Larsen<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9143<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of Alaska | | |
| Case number:   23-00088 | | |

## Order of Discharge                                                                                              12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Bruce L Larsen                                              Arlene Michelle Larsen

8/15/23                                                         **By the court:**   Gary Spraker
                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**